

**Davis Wright Tremaine LLP**

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Abigail Everdell**

(212) 603-6468 tel
abigaileverdell@dwt.com

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/23/2024__

October 21, 2024

**VIA ECF**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:   Hames v. Townsquare Media, Inc., No. 1:24-cv-03875 (S.D.N.Y. 2024)

Dear Judge Carter:

We represent Defendant Townsquare Media, Inc. ("Defendant") in the above-referenced action. We write concerning the Court's October 18, 2024 Order to Show Cause, ECF No. 29, and pursuant to Your Honor's Individual Rule 2.D.i.

In light of Plaintiff having filed a First Amended Complaint, ECF No. 27—only minutes before his deadline to oppose Defendant's Motion to Dismiss, ECF No. 21—Defendant hereby withdraws its Motion to Dismiss the originally filed Complaint as moot.

However, because Plaintiff's First Amended Complaint does not materially affect Defendant's arguments raised in its Motion to Dismiss, Defendant intends to file a renewed motion to dismiss. Pursuant to Your Honor's Individual Rule 2.D.i, it is Defendant's understanding that no further requests for a pre-motion conference are necessary. Defendant therefore anticipates filing its renewed motion within the deadline set by Rule 15(a)(1)(B).

We thank the Court for its attention to this matter.

Respectfully submitted,

Davis Wright Tremaine LLP

*/s/ Abigail B. Everdell*
Abigail B. Everdell

*Attorney for Defendant Townsquare Media, Inc.*

cc:   Counsel of Record (via ECF)

SO ORDERED:

/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

October 23, 2024
New York, New York

DWT.COM