**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
WILLIAM HAMES,

                    Plaintiff,

     -against-                                  24 **CIVIL** 3875 (ALC)

                                             **JUDGMENT**

TOWNSQUARE MEDIA, INC,

                    Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2025, Defendant Townsquare's motion to dismiss is GREANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      September 30, 2025

                                              **TAMMI M. HELLWIG**
                                               **Clerk of Court**

                   **BY:**

                                               **Deputy Clerk**