**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **WILLIAM HAMES,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**TOWNSQUARE MEDIA, INC.,**<br><br>**Defendant.** | **1: 24-cv-03875 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Defendants' are ordered to submit their motion for attorneys' fees by July 21, 2026.

**SO ORDERED.**

**Dated:** **July 7, 2026**
**New York, New York**

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**